# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia (Richmond)

In re  John W. Wallace and Rebecca Wallace                       Case No.  11-35982
Debtor                                                            Chapter 13

**Notice of Mortgage Payment Change**

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.                    **Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account: 8891

**Date of payment change:**
Must be at least 21 days after date of this notice    05/01/2012

**New total payment:**
Principal, Interest, and escrow, if any    $805.41

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:  $217.39          New escrow payment:  $212.40

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____        New interest rate: _____

Current principal and interest payment: _____    New principal and interest payment: _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☒ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Tasia Codling                                      Date   03/26/2012

Print:   Tasia Codling                                   Title   Ms

Company   Wells Fargo Home Mortgage                      Specific Contact Information:
Address   MAC X7801-014                                  P: 800-274-7025
          3476 Stateview Blvd.                           E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Fort Mill, SC 29715

49264-0ae76b78-9dd2-4927-b250-f44ad1ef4d0c-

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

John W. Wallace
Rebecca Wallace
2102 2nd Ave
Richmond, VA 23222

Debtor's Attorney:

Roger C Hurwitz
The Debt Law Group, PLLC
Box 10
4036 Plank Road
Fredericksburg, VA 22407

Trustee:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23218-1780

/s/ Bill Taylor

Authorized Agent

0-e03f4d9b-e39f-4a46-8415-6afc82756868

**Wells Fargo Home Mortgage**
PO Box 14547
Des Moines, IA 50306-4547

Page 1 of 3

**For informational purposes**

Escrow account disclosure statement
and notice of new mortgage payment

| | |
|---|---|
| Loan number: | |
| Next payment due date: | February 01, 2012 |
| New payment effective date: | May 01, 2012 |
| New payment amount: | $805.41 |
| Overage amount: | $98.66 |
| Principal balance: | $108,370.91 |
| Interest rate: | 4.875% |
| Statement date: | February 08, 2012 |
| Account review period: | Apr 2011 - Apr 2012 |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri 6 a.m. - 10 p.m. |
| | Sat 8 a.m. - 2 p.m. CT |

We accept telecommunications relay service calls.

Property address:
2102 2ND AVE
RICHMOND VA 23222-4620

JOHN W WALLACE
REBECCA M WALLACE
2102 2ND AVE
RICHMOND VA 23222

Dear JOHN W WALLACE and REBECCA M WALLACE:

Each year, we review your escrow account to make sure the escrow portion of your monthly mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your monthly mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

### New monthly escrow and mortgage payment amount

| New payment effective date<br>May 01, 2012[1] | Current<br>monthly payment ($) | New<br>monthly payment ($) |
|---|---|---|
| Principal and/or interest | 593.01 | 593.01 |
| Escrow payment | 194.97 | 189.98 |
| Escrow shortage/prepayment[2] | 0.00 | 0.00 |
| Optional insurance | 22.42 | 22.42 |
| **Total payment amount** | **810.40** | **805.41** |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your May 01, 2012 payment is made in full.

2. If your current monthly payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current monthly payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

You have an escrow account balance overage of $98.66 for which we have issued the attached check. This check amount reflects a refund based on your escrow account analysis and may be due to smaller than expected tax and/or insurance payments made from your escrow account last year. Please note overage balances are not calculated or refunded based on a calendar year, but on your escrow analysis yearly review schedule.

**Please refer to the enclosed insert that provides answers to
frequently asked questions about escrow accounts**



Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA 50306-4547

WELLS FARGO BANK NA
WELLS FARGO BANK N.A
ESCROW DISB CLRNG/708
889 552

Check Number 

17-0001
0910

| Mo | Day | Year |
|---|---|---|
| 02 | 09 | 12 |

**VOID ** FOR DISPLAY ONLY ** VOID**

For payment of escrow to mortgagor

**NINETY EIGHT AND 66/100 DOLLARS**

Pay to the
order of

JOHN W WALLACE
REBECCA M WALLACE
2102 2ND AVE
RICHMOND    VA 23222

Amount

$ *********98.66

Void if not cashed within 180 days

Authorized signature

For informational purposes     Loan number: ▆▆▆▆

The following information covers your projected escrow account activity from May 2012 to Apr 2013

### Projected escrow account disbursements
Annualized items to be paid from your escrow account ($):

| | |
|---|---|
| MORTGAGE INS | 530.76 |
| CITY TAX | 1,140.00 |
| HAZARD INS | 609.00 |
| Total disbursements | 2,279.76 |
| **Monthly escrow payment** | 189.98[1] |

1. Your monthly escrow payment is calculated by dividing the total disbursements by 12.

### Projected escrow account activity for the next 12 months

| Date | Anticipated payments ($) | | Description | Escrow balance ($) | |
| | To escrow | From escrow | | Projected | Required |
|---|---|---|---|---|---|
| May 2012 | | | Starting balance | 973.16 | 874.50 |
| May 2012 | 189.98 | 44.23 | FHA INSURANCE | 1,118.91 | 1,020.25 |
| May 2012 | 0.00 | 570.00 | RICHMOND CITY | 548.91 | 450.25 |
| Jun 2012 | 189.98 | 44.23 | FHA INSURANCE | 694.66 | 596.00 |
| Jul 2012 | 189.98 | 44.23 | FHA INSURANCE | 840.41 | 741.75 |
| Aug 2012 | 189.98 | 44.23 | FHA INSURANCE | 986.16 | 887.50 |
| Sep 2012 | 189.98 | 44.23 | FHA INSURANCE | 1,131.91 | 1,033.25 |
| Oct 2012 | 189.98 | 44.23 | FHA INSURANCE | 1,277.66 | 1,179.00 |
| Nov 2012 | 189.98 | 44.23 | FHA INSURANCE | 1,423.41 | 1,324.75 |
| Nov 2012 | 0.00 | 609.00 | TRAVELERS AETNA | 814.41 | 715.75 |
| Dec 2012 | 189.98 | 44.23 | FHA INSURANCE | 960.16 | 861.50 |
| Dec 2012 | 0.00 | 570.00 | RICHMOND CITY | 390.16[2] | 291.50[3] |
| Jan 2013 | 189.98 | 44.23 | FHA INSURANCE | 535.91 | 437.25 |
| Feb 2013 | 189.98 | 44.23 | FHA INSURANCE | 681.66 | 583.00 |
| Mar 2013 | 189.98 | 44.23 | FHA INSURANCE | 827.41 | 728.75 |
| Apr 2013 | 189.98 | 44.23 | FHA INSURANCE | 973.16 | 874.50 |
| **Total** | **2,279.76** | **2,279.76** | | | |

These calculations indicate the projected escrow balance will be more than the required escrow balance.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

2. **Projected low point**. The point during the 12-month period at which the projected escrow balance will reach its lowest point.

3. **Required escrow balance**. To cover unanticipated disbursements, including increases to tax or insurance payments, there is a 2-month minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.

- Your 2-month minimum escrow balance is **$291.50**
- State law requires that this minimum escrow balance not exceed **$291.50**
- *Note*: If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.

### Information about your escrow account overage

| | |
|---|---|
| Your lowest projected escrow account balance (low point) ($) | 390.16 |
| Less your required minimum escrow account balance ($) | 291.50 |
| **This means your escrow account has an overage of ($)** | **98.66** |

Case 11-35982-KRH    Doc 19    Filed 03/26/12    Entered 03/26/12 15:34:21    Desc Main
Document    Page 6 of 7

Page 3 of 3

For informational purposes    Loan number:

The following information covers your escrow account history activity from Apr 2011 to Apr 2012

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Apr 2011 | | | | | Starting balance | 750.00 | 807.42 |
| Apr 2011 | 194.97 | 194.97 | 44.97 | 0.00[1] | FHA INSURANCE | 900.00 | 1,002.39 |
| Apr 2011 | 0.00 | 0.00 | 0.00 | 44.97[1] | FHA INSURANCE | 900.00 | 957.42 |
| May 2011 | 194.97 | 194.97 | 44.97 | 0.00[1] | FHA INSURANCE | 1,050.00 | 1,152.39 |
| May 2011 | 0.00 | 0.00 | 606.00 | 0.00[1] | RICHMOND CITY | 444.00 | 1,152.39 |
| May 2011 | 0.00 | 0.00 | 0.00 | 44.97[1] | FHA INSURANCE | 444.00 | 1,107.42 |
| Jun 2011 | 194.97 | 194.97 | 44.97 | 0.00[1] | FHA INSURANCE | 594.00 | 1,302.39 |
| Jun 2011 | 0.00 | 0.00 | 0.00 | 44.97[1] | FHA INSURANCE | 594.00 | 1,257.42 |
| Jun 2011 | 0.00 | 0.00 | 0.00 | 606.00[1] | RICHMOND CITY | 594.00 | 651.42 |
| Jul 2011 | 194.97 | 194.97 | 44.97 | 0.00[1] | FHA INSURANCE | 744.00 | 846.39 |
| Jul 2011 | 0.00 | 0.00 | 0.00 | 44.97[1] | FHA INSURANCE | 744.00 | 801.42 |
| Aug 2011 | 194.97 | 194.97 | 44.97 | 0.00[1] | FHA INSURANCE | 894.00 | 996.39 |
| Aug 2011 | 0.00 | 0.00 | 0.00 | 44.97[1] | FHA INSURANCE | 894.00 | 951.42 |
| Sep 2011 | 194.97 | 194.97 | 44.97 | 0.00[1] | FHA INSURANCE | 1,044.00 | 1,146.39 |
| Sep 2011 | 0.00 | 0.00 | 0.00 | 44.97[1] | FHA INSURANCE | 1,044.00 | 1,101.42 |
| Oct 2011 | 194.97 | 194.97 | 44.97 | 0.00[1] | FHA INSURANCE | 1,194.00 | 1,296.39 |
| Oct 2011 | 0.00 | 0.00 | 0.00 | 44.97[1] | FHA INSURANCE | 1,194.00 | 1,251.42 |
| Nov 2011 | 194.97 | 194.97 | 44.97 | 0.00[1] | FHA INSURANCE | 1,344.00 | 1,446.39 |
| Nov 2011 | 0.00 | 0.00 | 588.00 | 609.00[1] | TRAVELERS AETNA | 756.00 | 837.39 |
| Nov 2011 | 0.00 | 0.00 | 0.00 | 44.97[1] | FHA INSURANCE | 756.00 | 792.42 |
| Dec 2011 | 194.97 | 194.97 | 44.97 | 0.00[1] | FHA INSURANCE | 906.00 | 987.39 |
| Dec 2011 | 0.00 | 0.00 | 606.00 | 0.00[1] | RICHMOND CITY | 300.00 | 987.39 |
| Dec 2011 | 0.00 | 0.00 | 0.00 | 44.97[1] | FHA INSURANCE | 300.00 | 942.42 |
| Jan 2012 | 194.97 | 194.97 | 44.97 | 44.97 | FHA INSURANCE | 450.00 | 1,092.42 |
| Jan 2012 | 0.00 | 0.00 | 0.00 | 570.00[1] | RICHMOND CITY | 450.00 | 522.42 |
| *Feb 2012 est.* | *194.97* | *194.97* | *44.97* | *0.00*[1] | *FHA INSURANCE* | *600.00* | *717.39* |
| Feb 2012 | 0.00 | 0.00 | 0.00 | 44.23[1] | FHA INSURANCE | 600.00 | 673.16 |
| *Mar 2012 est.* | *194.97* | *194.97* | *44.97* | *44.97* | *FHA INSURANCE* | *750.00* | *823.16* |
| *Apr 2012 est.* | *0.00* | *194.97*[1] | *0.00* | *44.97*[1] | *FHA INSURANCE* | *750.00* | *973.16* |
| **Totals** | **2,339.64** | **2,534.61** | **2,339.64** | **2,368.87** | | | |

*1. Indicates where a difference exists between the projected and actual account activity.*

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2011 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



**Your escrow statement has a new look**

We did the research before the redesign! We talked to customers to understand your preferences and how you use your escrow statement.

Your new statement has all the details of the old one, but has been enhanced to provide you with more clearly defined information to make it easier for you to manage your account.

**Please refer to the enclosed insert that provides answers to frequently asked questions about escrow accounts.**

Case 11-35982-KRH    Doc 19    Filed 03/26/12    Entered 03/26/12 15:34:21    Desc Main
Document      Page 7 of 7